IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF JAMES E. FROST, II by and through its Personal Representatives Jack W. Dickey, III and Erin Dickey; THE ESTATE OF BETH ELLEN FROST, by and through its Personal Representatives Jack W. Dickey, III and Erin Dickey; E.J.F., by and through her guardians Jack W. Dickey, III and Erin Dickey; WHITNEY FROST; JOYCE WATKINS; AND JAMES E. FROST. <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § <br><br> CASE NO. 3:23-CV-00243 |

**PHL VARIABLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

PHL Variable Insurance Company ("PHL"), by and through its attorneys, furnishes the following list in compliance with Fed. R. Civ. P. 7.1, L. R. 3.1(c) and L.R. 7.4:

1. PHL, a Connecticut life insurance company, is not a publicly traded company and is a wholly-owned subsidiary of The Phoenix Companies, Inc. ("PNX"). PNX is a privately-held Delaware corporation. No parent corporation or any publicly-held corporation owns ten percent or more of PNX's stock.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   a. The Estate of James E. Frost, II;

    b. The Estate of Beth Ellen Frost;

    c. E.J.F., a minor;

    d. Whitney Frost;

    e. Joyce Watkins;

    f. James E. Frost; and

    g. PHL Variable Insurance Company (Defendant).

Dated: February 2, 2023.

                                          Respectfully submitted,

                                          McDOWELL HETHERINGTON LLP

                                          By: /s/ *C. Summer Simmons*
                                                  Andrew R. Kasner
                                                  Texas Bar No. 24078770
                                                  1001 Fannin Street, Suite 2700
                                                  Houston, Texas 77002
                                                  Telephone: (713) 337-5580
                                                  Facsimile: (713) 337-8850
                                                  andrew.kasner@mhllp.com

                                                  C. Summer Simmons
                                                  Texas Bar No. 24088574
                                                  1000 Ballpark Way, Suite 209
                                                  Arlington, Texas 76011
                                                  Telephone: (817) 635-7300
                                                  Facsimile: (817) 635-7308
                                                  summer.simmons@mhllp.com

                                          ***Attorneys for Plaintiff PHL Variable Insurance Company***