IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| THE ESTATE OF JAMES E. FROST, II by and through its Personal Representatives Jack W. Dickey, III and Erin Dickey; THE ESTATE OF BETH ELLEN FROST, by and through its Personal Representatives Jack W. Dickey, III and Erin Dickey; E.J.F., by and through her guardians Jack W. Dickey, III and Erin Dickey; WHITNEY FROST; JOYCE WATKINS; AND JAMES E. FROST. | § § § § § § § § § § § § § | CASE NO. 3:23-CV-00243 |
| Defendants. | § | |

**PHL VARIABLE INSURANCE COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

PHL Variable Insurance Company ("PHL"), by and through its attorneys, furnishes the following amended list in compliance with Fed. R. Civ. P. 7.1, L. R. 3.1(c) and L.R. 7.4:

1. PHLVIC is a nongovernmental corporate party. PHLVIC is a wholly-owned subsidiary of PHL Delaware LLC. PHL Delaware LLC is not publicly traded, and no publicly-held corporation owns 10% or more of PHL Delaware LLC's stock.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    a. The Estate of James E. Frost, II;

    b. The Estate of Beth Ellen Frost;

    c.  E.J.F., a minor;

    d.  Whitney Frost;

    e.  Joyce Watkins;

    f.  James E. Frost;

    g.  PHL Variable Insurance Company; and.

    h.  PHL Delaware LLC.

Dated: February 2, 2023.

    Respectfully submitted,

    MCDOWELL HETHERINGTON LLP

    By: /s/ *C. Summer Simmons*
        Andrew R. Kasner
        Texas Bar No. 24078770
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002
        Telephone: (713) 337-5580
        Facsimile: (713) 337-8850
        andrew.kasner@mhllp.com

        C. Summer Simmons
        Texas Bar No. 24088574
        1000 Ballpark Way, Suite 209
        Arlington, Texas 76011
        Telephone: (817) 635-7300
        Facsimile: (817) 635-7308
        summer.simmons@mhllp.com

        ***Attorneys for Plaintiff PHL Variable Insurance Company***